Dushun A. WHITE, Petitioner–
Appellant,

v.

Joe SOLIS, Warden; et al.,
Respondents–Appellees.

No. 05–55352.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 22, 2008.

Dushun A. White, Soledad, CA, pro se.

Jane Catherine Malich, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Dushun A. White, a California state prisoner, appeals from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo a district court's decision to deny a § 2254

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

petition, *Sass v. Cal. Bd. of Prison Terms,* 461 F.3d 1123, 1126 (9th Cir.2006), and we affirm.

The state's contentions that White does not have a clearly established liberty interest in parole, and that a Certificate of Appealability is required, are foreclosed. *See id.* at 1127–28.

White contends that the California Board of Prison Terms' (the "Board") 2001 decision to deem him unsuitable for parole violated his due process rights. We conclude that the Board's decision was supported by some evidence in the record. *See id.* at 1128–29. Accordingly, the state court's decision denying this claim was neither contrary to, nor based on an unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States. *See* 28 U.S.C. § 2254(d); *see also Sass,* 461 F.3d at 1128–29.

**AFFIRMED.**